# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ELEANOR HOWARD, | } |
| Plaintiff, | } |
| v. | } Case No.: 1:22-cv-01493-RDP |
| SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the accompanying Memorandum Opinion, Defendant's Motion to Dismiss Second Amended Complaint (Doc. # 34) is **GRANTED**. All claims asserted in Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case

Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this March 13, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE